IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01518-MSK-MEH

ANNA CISNEROS,

    Plaintiff,

v.

ALLSTATE INSURANCE, d/b/a Encompass Insurance Company of America, a/k/a Encompass Insurance,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2011.**

Defendant's Unopposed Motion to Vacate the November 14, 2011 Settlement Conference [filed October 24, 2011; docket #18] is **granted**. The Settlement Conference currently scheduled for November 14, 2011 is **vacated**. The parties are invited to contact this Court at any time during the course of this litigation to reschedule the conference by calling my Chambers at (303) 844-4507.