IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01518-MSK-MEH

ANNA CISNEROS,

    Plaintiff,

v.

ALLSTATE INSURANCE, d/b/a Encompass Insurance Company of America, a/k/a Encompass Insurance,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2012**.

    Defendant's Unopposed Motion to Amend Scheduling Order [filed March 12, 2012; docket #22] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 6.1D ("[a]ny motion for extension of time shall ... state a date certain for the requested extension of time ...").