IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01518-MSK-MEH

ANNA CISNEROS,

    Plaintiff,

v.

ALLSTATE INSURANCE, d/b/a Encompass Insurance Company of America, a/k/a Encompass Insurance,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 5, 2012**.

    Before the Court is Defendant's Second Unopposed Motion to Amend Scheduling Order and Extend Fed. R. Civ. P. 26(a)(2) Expert Disclosure Deadlines [filed May 30, 2012; docket #27]. The present motion relies on a presumption that the scheduling deadlines in this case were extended with the filing of the original motion to amend on March 22, 2012 (docket #25). However, the original "motion" apparently was not filed as a motion and did not trigger the Court's electronic mechanism alerting the Court of the need to rule on such document. Therefore, the "motion" was never ruled upon. (*See id.*)

    Nevertheless, the Court finds good cause to extend the deadlines as requested by Defendant. At the same time, the Court will not grant any further extension of these deadlines absent a showing of exceptional cause. Therefore, the motion is **granted** and the Scheduling Order is modified as follows:

| | |
|---|---|
| Initial expert disclosures: | July 2, 2012 |
| Rebuttal expert disclosures: | August 2, 2012 |
| Discovery cutoff: | August 31, 2012 |
| Dispositive motions deadline: | October 1, 2012 |

    The Final Pretrial Conference in this case will be held before Judge Krieger and has not yet been scheduled.